SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Ralph A. Campillo, CA Bar No. 70376
Email: ralph.campillo@sdma.com
Arameh Zargham, CA Bar No. 239495
Email: arameh.zargham@sdma.com
801 S. Figueroa Street, 19th Floor
Los Angeles, California 900117-5556
Phone:  (213) 426-6900
Facsimile:  (213) 426-6921

SEDGWICK DETERT MORAN & ARNOLD, LLP
Wayne Wolff, Esq., CA Bar No. 161351
Email: wayne.wolff@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Phone:  (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendants
STRYKER CORPORATION and
STRYKER SALES CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JULIE M. COMBS and STEVEN COMBS<br><br>        Plaintiffs,<br><br>        v.<br><br>STRYKER CORPORATION, a Michigan Corporation;  STRYKER SALES CORPORATION, a Michigan Corporation;  MCKINLEY MEDICAL, L.L.C., a Colorado Corporation;  MOOG, INC., a New York Corporation;  ASTRAZENECA PLC, a United Kingdom Corporation;  ASTRAZENECA PHARMACEUTICALS LP, a Delaware Corporation;  ASTRAZENECA LP, a Delaware Corporation;  and ZENECA | CASE NO. 2:09-cv-02018-JAM-GGH<br><br>[Assigned to the Honorable John A. Mendez]<br><br>**REVISED  ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AS TO DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION** |

-1-        CASE NO. 2:09-CV-02018-JAM-GGH
REVISED [PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT AS TO DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

1  HOLDINGS, INC., a Delaware
   Corporation, and DOES 1 through
2  50,

3         Defendants.

4        In consideration of the Stipulation entered into between counsel for Plaintiffs

5  Julie M. Combs and Steven Combs, and defendants Stryker Corporation and Stryker

6  Sales Corporation (collectively "Stryker"), IT IS HEREBY ORDERED that Stryker

7  may have a one week extension, up to and including Monday, August 31, 2009, to

8  file a responsive pleading to the remainder of Plaintiffs' Complaint.

9

10        IT SO ORDERED.

11

12  DATED:  August 28, 2009                    /s/ John A. Mendez_____
                                              Honorable John A. Mendez
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    -2-        CASE NO. 2:09-CV-02018-JAM-GGH
   REVISED [PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS'
   COMPLAINT AS TO DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

1

## CERTIFICATE OF SERVICE

2
(*Combs v. Stryker Corp.*, **et al., CASE NO. 2:09-cv-02018-JAM-GGH)**

3

4
    I hereby certify that I served the foregoing **REVISED [PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AS TO DEFENDANTS STRYKER CORPORATION AND**

5
**STRYKER SALES CORPORATION** on the following attorneys on the date noted below via the following method:

6

7
Method:    ☐ US Mail, postage prepaid

    ☐ Facsimile

8
    ☐ Hand Delivery

9
    ✘ Overnight Delivery

10

11
| David E. Smith<br>KERSHAW, CUTTER & RATINOFF, LLP<br>401 Watt Avenue<br>Sacramento, California 95864<br>kdonnel@kcrlegal.com | Telephone:    (916) 448-9800<br>Facsimile:    (916) 669-4499<br>Attorney for Plaintiffs Julie Combs and<br>Steven Combs |
| --- | --- |

12

13

14
    DATED: this 24th day of August, 2009

15

16
        **SEDGWICK DETERT MORAN & ARNOLD, LLP**

17

18
        BY: _____

            Jeanine Johnson

19

20

21

22

23

24

25

26

27

28

REVISED [PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT AS TO DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com