SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Ralph A. Campillo, CA Bar No. 70376
Email: ralph.campillo@sdma.com
Arameh Zargham, CA Bar No. 239495
Email: arameh.zargham@sdma.com
801 S. Figueroa Street, 19th Floor
Los Angeles, California 900117-5556
Phone: (213) 426-6900
Facsimile: (213) 426-6921

SEDGWICK DETERT MORAN & ARNOLD, LLP
Wayne Wolff, Esq., CA Bar No. 161351
Email: wayne.wolff@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Phone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
STRYKER CORPORATION and
STRYKER SALES CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JULIE M. COMBS and STEVEN COMBS<br><br>Plaintiffs,<br><br>v.<br><br>STRYKER CORPORATION, a Michigan Corporation; STRYKER SALES CORPORATION, a Michigan Corporation; MCKINLEY MEDICAL, L.L.C., a Colorado Corporation; MOOG, INC., a New York Corporation; ASTRAZENECA PLC, a United Kingdom Corporation; ASTRAZENECA PHARMACEUTICALS LP, a Delaware Corporation; ASTRAZENECA LP, a Delaware Corporation; and ZENECA | CASE NO. 2:09-cv-02018-JAM-GGH<br><br>[Assigned to the Honorable John A. Mendez]<br><br>**ORDER RE STIPULATION TO DISMISS PLAINTIFFS' THIRD CLAIM FOR RELIEF AS TO DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION** |

-1-   CASE NO. 2:09-CV-02018-JAM-GGH
[PROPOSED] ORDER RE STIPULATION TO DISMISS PLAINTIFFS' THIRD CLAIM FOR RELIEF AS TO
DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | HOLDINGS, INC., a Delaware Corporation, and DOES 1 through 50, |
| 2 | |
| 3 | Defendants. |

4   In consideration of the Stipulation entered into between counsel for Plaintiffs
5   Julie M. Combs and Steven Combs, and defendants Stryker Corporation and Stryker
6   Sales Corporation (collectively "Stryker"), IT IS HEREBY ORDERED that
7   Plaintiffs' Third Claim for Relief for Breach of Warranty as to only Defendants
8   Stryker, is dismissed in its entirety, with prejudice.

10   IT SO ORDERED.

12   DATED: August 28, 2009     /s/ John A. Mendez
                                 Honorable John A. Mendez

-2-   CASE NO. 2:09-CV-02018-JAM-GGH
[PROPOSED] ORDER RE STIPULATION TO DISMISS PLAINTIFFS' THIRD CLAIM FOR RELIEF AS TO
DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

(*Combs v. Stryker Corp.*, et al., CASE NO. 2:09-cv-02018-JAM-GGH)

I hereby certify that I served the foregoing **[PROPOSED] ORDER RE STIPULATION TO DISMISS PLAINTIFFS' THIRD CLAIM FOR RELIEF AS TO DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION** on the following attorneys on the date noted below via the following method:

Method:  ☐ US Mail, postage prepaid
☐ Facsimile
☐ Hand Delivery
☒ Overnight Delivery

| David E. Smith<br>KERSHAW, CUTTER & RATINOFF, LLP<br>401 Watt Avenue<br>Sacramento, California 95864<br>kdonnel@kcrlegal.com | Telephone:   (916) 448-9800<br>Facsimile:    (916) 669-4499<br>Attorney for Plaintiffs Julie Combs and Steven Combs |
|---|---|

DATED: this 24th day of August, 2009

**SEDGWICK DETERT MORAN & ARNOLD, LLP**

BY: _____
Jeanine Johnson

-3-   CASE NO. 2:09-CV-02018-JAM-GGH
[PROPOSED] ORDER RE STIPULATION TO DISMISS PLAINTIFFS' THIRD CLAIM FOR RELIEF AS TO DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com