Case 2:09-cv-02018-JAM-GGH   Document 34   Filed 01/08/10   Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW BUTLER, | ) | Case No. 2:09-CV-02255 WBS-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **RELATED CASE ORDER** |
| v. | ) | |
| | ) | |
| STRYKER CORPORATION; STRYKER SALES CORPORATION; and DOES 1-100, inclusive, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| TERRI LYNN TODD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:09-CV-01509 JAM-GGH |
| | ) | |
| v. | ) | |
| | ) | |
| STRYKER CORPORATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| ADAM PHILLIPPI, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:08-CV-02445 JAM-GGH |
| | ) | |
| v. | ) | |
| | ) | |
| STRYKER CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| JULIE M. COMBS AND STEVEN COMBS, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:09-CV-02018 JAM-GGH |
| | ) | |
| v. | ) | |
| | ) | |
| STRYKER CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

1

PDF created with pdfFactory trial version www.pdffactory.com

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:09-CV-02255-WBS-EFB be reassigned to Judge John A. Mendez and Magistrate Judge Gregory G. Hollows for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:09-CV-02255-JAM-GGH.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  January 7, 2010.           /s/ John A. Mendez_____
                                   JOHN A. MENDEZ
                                   United States District Judge

2

PDF created with pdfFactory trial version www.pdffactory.com