IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIE M. COMBS, et al.,

       Plaintiffs,

     v.

STRYKER CORPORATION,
a Michigan Corporation, et al.

       Defendants.

_____/

No. 2:09-cv-02018 JAM KJN

ORDER

The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455(b). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

DATED: April 2, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1