1  HASSARD BONNINGTON LLP
   THOMAS M. FRIEDER, ESQ., State Bar No. 95411
2  JOANNA L. STOREY, ESQ., State Bar No. 214952
   Two Embarcadero Center, Suite 1800
3  San Francisco, California  94111-3941
   Telephone:  (415) 288-9800
4  Fax:  (415) 288-9801

5  Attorneys for Defendants
   MCKINLEY MEDICAL, LLC AND MOOG INC.

6

7

8              UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11 JULIE M. COMBS and                 No. 2:09-CV-02018-JAM-GGH
   STEVEN COMBS,
12                                     **STIPULATED ORDER OF
                  Plaintiffs,          DISMISSAL WITHOUT
13                                     PREJUDICE OF MCKINLEY
         vs.                           MEDICAL, LLC AND MOOG INC**.
14
   STRYKER CORPORATION, a
15 Michigan  Corporation; STRYKER
   SALES CORPORATION, a Michigan
16 Corporation; MCKINLEY
   MEDICAL, LLC, a Colorado
17 Corporation; MOOG INC., a New
   York Corporation; ASTRAZENECA
18 PLC, a United Kingdom Corporation;
   ASTRAZENECA
19 PHARMACEUTICALS LP, a
   Delaware Corporation;
20 ASTRAZENECA LP, a Delaware
   Corporation; and ZENECA
21 HOLDINGS, INC., a Delaware
   Corporation, and DOES 1 through 50,
22
                  Defendants.
23

24

25        Plaintiffs Julie Combs and Steven Combs and defendants McKinley Medical,

26 LLC, Moog Inc., Stryker Corporation, and Stryker Sales Corporation, by and through

27 their respective attorneys, hereby stipulate and agree, pursuant to Federal Rules of

28 Civil Procedure  41(a)(1)(A)(ii) and 41(a)(2), that this action is dismissed without

                                  -1-

PDF created with pdfFactory trial version www.pdffactory.com

1   prejudice as to McKinley Medical, LLC and Moog Inc.

2   I, Thomas M. Frieder, hereby attest that concurrence in the filing of this

3   document and authorization to sign the document on their behalf have been obtained

4   from plaintiffs' counsel David E. Smith, and counsel for the Stryker defendants,

5   Wayne A. Wolff.

6   IT IS SO STIPULATED.

7
8   HASSARD BONNINGTON, LLP

9   By: /s/ Thomas Frieder
10  Thomas Frieder, SBN 95411
    tmf@hassard.com
11  Two Embarcadero Center, Suite 1800
    San Francisco, CA 94111
12  Telephone: (415) 288-9800
    Facsimile: (415) 288-9801
13
14  *Attorneys for McKinley Medical, LLC
    and Moog Inc.*

15
    KERSHAW, CUTTER &
16  RATINOFF, LLP

17  By: /s/ David E. Smith (approved
        7/27/10)
18  David E. Smith, SBN 72703
    dsmith@kcrelegal.com
19  401 Watt Avenue
    Sacramento, California 95864
20  Telephone: (916) 448-9800
    Facsimile: (916) 669-4499
21
22  *Attorneys for Julie M. Combs and
    Steven Combs*

23

24
    SO ORDERED this 27th day of July, 2010.
25
                            /s/ John A. Mendez
26                          U.S. DISTRICT JUDGE

27

28

SEDGWICK DETERT MORAN &
ARNOLD

By: /s/ Wayne A. Wolff (Approved
    7/26/10)
Wayne A. Wolff, SBN 161351
wayne.wolff@sdma.com
One Market Plaza
Steuart Street Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

*Attorneys for Stryker Corporation
and Stryker Sales*

-2-

PDF created with pdfFactory trial version www.pdffactory.com