RALPH A. CAMPILLO (State Bar No.070376)
ralph.campillo@sedgwicklaw.com
ARAMEH ZARGHAM (State Bar No.239495)
arameh.zargham@sedgwicklaw.com
SEDGWICK LLP
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:    213.426.6900
Facsimile:    213.426.6921

WAYNE A. WOLFF (State Bar No.161351)
wayne.wolff@sedgwicklaw.com
DAVID D. MESA (State Bar No. 257488)
david.mesa@sedgwicklaw.com
SEDGWICK LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA  94105-1101
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendants
STRYKER CORPORATION and
STRYKER SALES CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JULIE M. COMBS and STEVEN COMBS,<br><br>            Plaintiffs,<br><br>     v.<br><br>STRYKER CORPORATION a Michigan Corporation; STRYKER SALES CORPORATION, a Michigan Corporation; MCKINLEY MEDICAL L.L.C., a Colorado Corporation; MOOG, INC., a New York Corporation; ASTRAZENECA PLC, a United Kingdom Corporation; ASTRAZENECA PHARMACEUTICALS LP, a Delaware Corporation; ASTRAZENECA LP, a Delaware Corporation; and SENECA HOLDINGS, INC., a Delaware Corporation, ; and DOES 1 - 50,<br><br>            Defendants. | Case No. 2:09-cv-02018 JAM-GGH<br><br>STIPULATION AND ORDER REGARDING EXPERT DISCOVERY AND AMENDING THE SCHEDULING ORDER |

1

STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY

SF/2140902v1
PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs JULIE M. COMBS and STEVEN COMBS and defendants STRYKER CORPORATION and STRYKER SALES CORPORATION, through their counsel of record, herein stipulate and agree to the following modification to this Court's Scheduling Order of February 1, 2010, to extend the time for completion of discovery as set forth below. All other Scheduling Order dates remain the same. The parties have agreed to this slight modification of the Scheduling Order after meeting and conferring on the dates below. This stipulation and order is necessary to (1) permit the parties to explore settlement and conduct a mediation in advance of expending costs and fees on expert report preparation and (2) to accommodate the schedules of the parties' counsel and experts.

The parties have therefore agreed to the following modified dates:

1. Plaintiffs' Expert Disclosures: June 15, 2011
2. Defendants' Expert Disclosures: July 15, 2011
3. Disclosure of Rebuttal Experts: August 15, 2011

DATED: April 11, 2011          SEDGWICK LLP


By: /S/ David D. Mesa
    Ralph A. Campillo
    Wayne A. Wolff
    Arameh Zargham
    David D. Mesa
    Attorneys for Defendants
    STRYKER CORPORATION and STRYLER SALES CORPORATION

DATED: April 11, 2011          KERSHAW, CUTTER & RATINOFF, LLP


By: /s/ David E. Smith
    David E. Smith
    Elisa R. Zitano
    Attorneys for Plaintiffs
    JULIE COMBS and STEVEN COMBS

**IT IS SO ORDERED.**

Dated: 4/11/11                  /s/ John A. Mendez
                                UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY

SF/2140902v1

PDF created with pdfFactory trial version www.pdffactory.com